No. 268, Misc. COSTANZO *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied. *Solicitor General Griswold, Assistant Attorney General Vinson,* and *Beatrice Rosenberg* for the United States.

No. 270, Misc. MARSHALL ET UX. *v.* SOUTHERN FARM BUREAU CASUALTY CO. ET AL. Sup. Ct. La. Certiorari denied. *J. Minos Simon* for petitioners.

No. 273, Misc. BLACKMAN *v.* PENNSYLVANIA. Sup. Ct. Pa. Certiorari denied.

No. 274, Misc. YOUNGLOVE *v.* ATTORNEY GENERAL OF MICHIGAN. Sup. Ct. Mich. Certiorari denied.

No. 275, Misc. FURTAK *v.* McMANN, WARDEN. Ct. App. N. Y. Certiorari denied.

No. 276, Misc. PILLIS *v.* COMMISSIONER OF INTERNAL REVENUE. C. A. 4th Cir. Certiorari denied. *Solicitor General Griswold* for respondent.

No. 277, Misc. GOINGS *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied. *Thomas H. Foye* for petitioner. *Solicitor General Griswold, Assistant Attorney General Vinson, Beatrice Rosenberg,* and *Edward Fenig* for the United States.

No. 278, Misc. SHIFFLETT *v.* PEYTON, PENITENTIARY SUPERINTENDENT. C. A. 4th Cir. Certiorari denied.

No. 281, Misc. MARKS *v.* COMMISSIONER OF INTERNAL REVENUE. C. A. 9th Cir. Certiorari denied. *Solicitor General Griswold* for respondent.